**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:06CR382 |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| ARKETA WILLIS, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion (Filing No. 84) and amended motion (Filing No. 86) to exclude testimony at sentencing. The motion is supported by a brief (Filing No. 84).

IT IS ORDERED:

1. The Defendant's motion to exclude testimony at sentencing (Filing No. 84) is denied as moot; and

2. The Defendant's amended motion to exclude testimony at sentencing (Filing No. 86) will be heard at sentencing.

DATED this 2nd day of August, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge